KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN RENSEL & BRIAN KIRSCH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLUIDMASTER, INC.,<br><br>Defendant. | Case No. SA CV 14-00648 PA (DFMx)<br><br>[DISCOVERY MATTER]<br><br>**[PROPOSED] PROTECTIVE ORDER REGARDING CONFIDENTIALITY**<br><br>Courtroom: 15<br>Judge: Honorable Percy Anderson<br>Magistrate Judge: Honorable Douglas F. McCormick<br>Complaint Filed: April 24, 2014<br>Trial Date: None set |

**IT IS HEREBY ORDERED,** good cause appearing, that terms of the Stipulation Regarding Confidentiality and [Proposed] Protective Order as agreed upon by the Parties in the above-consolidated action meets with the approval of the Court. The Stipulation and Protective Order Regarding Confidentiality is hereby adopted as the Order of this Court. **IT IS SO ORDERED.**

DATED: July 24, 2014      By: _____
HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

15914760v1